(130 So. 816)

## CITY OF SHREVEPORT v. J. M. SMITH.
### No. 30744.

Nov. 3, 1930.

C. B. Prothro, Asst. City Atty., of Shreveport, for appellee.

BRUNOT, J.

This appeal is from a conviction and sentence for the violation of an ordinance of the city of Shreveport.

Appellant has not filed a brief in the case or made an appearance in this court. No bills of exception were reserved in the lower court, no assignment of error has been made, and there is no error patent on the face of the record.

Nothing is presented to this court for review, and the verdict and sentence are therefore affirmed.